# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Miguel Angel Bueno-Romero<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-4257<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 30, 2025__ in the county of __Maury__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code Sections 1326(a) &(b)(2) | Illegal Re-entry |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ John Quinn Bolls Jr.
*Complainant's signature*

Deportation Officer John Quinn Bolls Jr., ICE
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 08/04/2025

*Judge's signature*

City and state: Nashville, Tennessee — Hon. Alistair E. Newbern, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Q. Bolls Jr, having been duly sworn, hereby depose and swear to the following:

1. I, John Bolls, am an Agent with the Department of Homeland Security, specifically the U.S. Immigrations and Customs Enforcement (ICE) Agency, currently assigned to the Middle District of Tennessee. I have been so employed since July 2020. As a federal agent for the Department of Homeland Security, I am familiar with federal statutes, including: Title 8, United States Code, Sections 1326(a) and (b)(2): unlawful re-entry into the United States by an alien.

2. The facts contained in this statement are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This statement does not contain each and every detail known by me regarding this investigation. Instead, this statement provides information necessary to establish probable cause to arrest Miguel BUENO-ROMERO (the defendant) for violations of Title 8, United States Code, Sections 1326(a) and (b)(2). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. The Defendant is a Mexican citizen and alien to the United States. The Defendant was last removed from the United States on September 1, 2016, after his conviction for an aggravated felony. The Defendant has not received express consent to reapply for admission into the United States from the United States Attorney General and/or the Secretary of Homeland Security.

4. The Defendant came to the attention of ICE in July 2025. The defendant was again present in the United States and residing in Maury County, Tennessee. Records showed the defendant owns a pool business in Columbia, Tennessee, called Angels Pools and Outdoor Living LLC. The defendant is the registered agent for the LLC, with an address of 104 Westwind Court, Columbia, Tennessee.

5. A check on the immigration and criminal history of the defendant revealed he has been removed multiple times from the United States and has an outstanding order of removal.

6. In 2003, the defendant was convicted misdemeanor assault and violation of an order of protection. On or about January 13, 2004, the defendant was ordered removed from the United States by an Immigration Judge in Louisiana. On or about February 3, 2004, the defendant was removed from the United States to Mexico via Brownsville, Texas.

7. On or about December 12, 2007, the defendant was convicted in Davidson County, Tennessee, Criminal Court of the felony offense of Possession with Intent to sell over 10 pounds of marijuana. He was sentenced to two years' confinement, which was suspended to probation. The defendant violated his probation in 2008. This controlled substance conviction is an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B). The defendant was removed from the United States to Mexico on or about January 14, 2013.

8. In 2014, the defendant again returned to the Middle District of Tennessee area without authorization. The defendant was charged in the Middle District of Tennessee (Case No. 3-14-cr-00021) with Illegal Re-entry by a Removed Alien, subsequent to a conviction of an Aggravated Felony, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

On or about August 19, 2015, the defendant was sentenced to 18 months' confinement. On September 1, 2016, the defendant was removed from the United States to Mexico.

9. In July 2025, ICE Fugitive Operations conducted surveillance in the vicinity of the defendant's business address in Columbia, Tennessee. On July 30, 2025, ICE agents observed the defendant leave the residence on 104 Westwind Court, Columbia, Tennessee. ICE and other law enforcement followed the defendant to a business in Nashville, Tennessee. There, law enforcement took a photograph of the defendant and confirmed the defendant's identity.

10. Since the Defendant's removal in 2016, the Defendant has not received express consent to reapply for admission into the United States from the United States Attorney General and/or the Secretary of Homeland Security. The Defendant has entered and remained in the United States illegally and without authorization. The Defendant's return to the United States is in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).